# THE MARKS LAW FIRM, P.C.

July 5, 2022

**Via: ECF**
Hon. Colleen McMahon
United States District Judge
United States Courthouse
500 Pearl Street, Courtroom 24A
New York, New York 10007

*MEMO ENDORSED*

O/C Conference adjourned to 9/8/2022 @ 11:00 AM

*[signed]* Colleen McMahon
7/5/2022

RE: **Graciela Doncouse v. Mcsorley's Old Ale House, Inc. et al**
Docket: 1:22-cv-03178-CM

Dear Judge McMahon,

Plaintiff respectfully requests an adjournment of the conference currently scheduled for July 14, 2022. Defendants were served through the secretary of state on May 24, 2022. To date, Defendants have not appeared, answered, moved or otherwise contacted Plaintiff. Plaintiff would like additional time to make attempts to contact Defendants and make sure they are aware of the pending lawsuit. Therefore, Plaintiff requests thirty (30) days from the date of the initial conference. This is the first request of its kind.

We thank you and the Court for its time and consideration on this matter.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/5/2022

Respectfully Submitted,

The Marks Law Firm, P.C.

By: _____
Bradly G. Marks

155 E 55th Street, 6A New York, New York 10022
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com