# THE MARKS LAW FIRM, P.C.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/6/2022

September 6, 2022

**FILED VIA ECF**
Hon. Colleen McMahon
United States District Judge
United States District Court
500 Pearl Street, Courtroom 24A
New York, NY 10007

*[Handwritten note: 9/6/2022 — We will reschedule your conference when my deputy clerk returns from leave next week. /s/]*

RE: **Graciela Doncouse v. McSorley's Old Ale House, Inc. et al.**
Index: 1:22-cv-03178-CM

**MEMO ENDORSED**

Dear Judge McMahon,

Plaintiff respectfully requests a final thirty (30) day adjournment of the Initial Conference currently scheduled for **September 8, 2022** [Dkt 9] to **October 8, 2022**, along with the joint letter and proposed case management plan, or to a date convenient for this Court.

On April 18, 2022, our office initiated this action by filing the Summons & Complaint [Dkt 1 & 2]. Defendants were served through the secretary of state on May 24, 2022, with an answer due on June 14, 2022 [Dkt 6 & 7]. To date, Defendants have not appeared, answered, moved, or otherwise contacted Plaintiff. Plaintiff has attempted to contact Defendants via telephone to no avail. Plaintiff requests additional time to make further attempts to contact Defendants. If Defendants fail to contact Plaintiff, appear, answer, or otherwise move, Plaintiff will move for default by October 8, 2022. Therefore, Plaintiff requests a final thirty (30) days. This is the second request of its kind.

We thank the Court for its time and consideration.

Respectfully Submitted,

The Marks Law Firm, P.C.

By:_____
Bradly G. Marks

155 East 55th Street, Suite 6A, New York, New York 10022
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com

# THE MARKS LAW FIRM, P.C.

155 East 55th Street, Suite 6A, New York, New York 10022
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com